IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., § | |
| and GALDERMA S.A. § | |
| § | |
| V. § | ACTION NO. 4:07-CV-309-Y |
| § | |
| ACTAVIS MID ATLANTIC LLC § | |

FINAL JUDGMENT

Pursuant to the parties' Stipulation for Dismissal [doc. # 4], filed December 24, 2008, and to Federal Rules of Civil Procedure 58 and 41(a)(1)(A)(ii), all claims in the above-styled and numbered cause are DISMISSED WITHOUT PREJUDICE.[1]  All costs under 28 U.S.C. § 1920 are taxed against the party incurring same.

SIGNED January 8, 2009.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1]This Court retains jurisdiction over this action for the purposes of enforcing the parties' settlement agreement.